Andrew L. Ellis, Esq. State Bar # 167091
Andreea V. Custurea, Esq. State Bar # 297191
ELLIS LAW CORPORATION
883 N. DOUGLAS STREET
EL SEGUNDO, CA 90245
Telephone: (310) 641-3335

JS-6

Attorney for Plaintiff
DOROTHY DMYTRE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DOROTHY DMYTRE, an individual,<br><br>Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, INC., a North Carolina Corporation, and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO.: 5:14-cv-02563-JVS-SP<br><br>(San Bernardino County Superior Court Case No.: CIV DS 1415503)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>COMPLAINT FILED: October 14, 2014 |

The Stipulation of Plaintiff, DOROTHY DMYTRE and Defendant, LOWE'S HOME CENTERS, LLC *erroneously sued and served as* LOWE'S HOME CENTERS, INC., for Remand to the San Bernardino County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED.

///
///
///
///
///

**1**

**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**

1       This matter is hereby remanded to the San Bernardino County Superior Court, Case No.: CIV DS 1415503.

Dated: July 27, 2015

_____
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT